**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| PEARL COAKLEY-CHERUBIN | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-12-2179 |
| | * | |
| TOYS R US DELAWARE, INC. | * | |
| ****** | | |

**MEMORANDUM**

This action arises out of an incident that occurred on July 3, 2009, when Alfred Turner, an employee of defendant, who was carrying a boxed car seat, stumbled and caused plaintiff to stumble. Plaintiff has filed a motion for summary judgment on the issue of liability.

If the fact-finder were to find that Turner was negligent in causing plaintiff to stumble, plaintiff would, of course, be entitled to a finding in her favor under the doctrine of respondeat superior against defendant. However, the evidence on the summary judgment record does not establish that, as a matter of law, Turner was negligent. Rather, it is possible that a fact-finder would find that an accident occurred in which no one was negligent.

Under the circumstances, while it may well be likely that a fact-finder would find that Turner was negligent, plaintiff is not entitled to the summary judgment she seeks. Accordingly, an order is being entered herewith denying her motion for summary judgment.


Date:  January 9, 2013            ____/s/_____
                                  J. Frederick Motz
                                  United States District Judge

1